UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEST VALUE AUTO PARTS
DISTRIBUTORS, INC.,

    Plaintiff,                                                     No. 19-12291

v.                                                         District Judge David M. Lawson
                                                            Magistrate Judge R. Steven Whalen

QUALITY COLLISION PARTS, INC.,
NATHIR HERMIZ, and JOSE OJEDA,

    Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on December 15, 2020, Plaintiff's Motion to Compel Rule 30(b)(6) Deposition [ECF No. 97 and ECF No. 98][1] is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED to the extent that Plaintiff may re-notice the deposition of Defendant's Rule 30(b)(6) witness.

The motion is DENIED as to Plaintiff's request for sanctions.

IT IS SO ORDERED.

                                                           s/R. Steven Whalen
                                                           R. Steven Whalen
                                                           United States Magistrate Judge

Dated: December 15, 2020

---

[1] ECF No. 98 is the sealed version of the motion.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was sent to parties of record on December 15, 2020 electronically and/or by U.S. mail.

                                                      s/Carolyn M. Ciesla  
                                                      Case Manager