UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEST VALUE AUTO PARTS
DISTRIBUTORS, INC.,

        Plaintiff,

v.

QUALITY COLLISION PARTS, INC.,
NATHIR HERMEZ, and JOSE OJEDA,

        Defendants,

_____/

Case Number 19-12291
Honorable David M. Lawson

## ORDER OF PARTIAL DISMISSAL

Based on the stipulation of the parties (ECF No. 198),

It is **ORDERED** that the claims brought by the plaintiff against defendants Quality Collison and Nathir Hermez **ONLY** are **DISMISSED WITHOUT PREJUDICE** and without costs or attorney's fees to any party.

It is further **ORDERED** that the Court shall maintain jurisdiction to enforce the terms of the settlement agreement executed by the parties.

It is further **ORDERED** that, when the parties have fulfilled the obligations set forth in paragraph 1 of the settlement agreement and executed a mutual release in accordance with the agreement, they shall make a certification to the Court. The claims against Quality and Hermez then may be dismissed with prejudice, without costs or attorney's fees to any party, upon the request of those parties.

It is further **ORDERED** that the plaintiff's pending motions for dismissal (ECF No. 195) and for attorney's fees (ECF No. 186) are **DISMISSED as moot**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:   June 7, 2023