UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEST VALUE AUTO PARTS
DISTRIBUTORS, INC.,

        Plaintiff,                                Case Number 19-12291
v.                                              Honorable David M. Lawson

QUALITY COLLISION PARTS, INC.,
NATHIR HERMEZ, and JOSE OJEDA,

        Defendants,

_____/

## ORDER OF DISMISSAL

The matter before the Court is the stipulation of the parties to dismiss all claims brought by the plaintiff against defendant Jose Ojeda (ECF No. 201). The plaintiff's claims against co-defendants Quality Collision Parts, Inc. and Nathir Hermez were dismissed previously. *See* ECF No. 199. No defendants remain, and the case will therefore be dismissed.

Accordingly, it is **ORDERED** that the claims brought by the plaintiff against defendant Jose Ojeda **ONLY** are **DISMISSED WITHOUT PREJUDICE** and without costs or attorney's fees to any party, and the case is **CLOSED**.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                       United States District Judge

Dated:  July 10, 2023